(129 So. 482)

## KING v. STATE.

### 8 Div. 899.

Court of Appeals of Alabama.
June 17, 1930.

Joe Starnes, of Guntersville, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.

Appellant complains that the trial court erred in refusing to permit defendant to prove that another than defendant said he was the owner of the whisky found in defendant's car. This would have been hearsay evidence.

There is no error in the record, and the judgment is affirmed.

Affirmed.